No. 219. TYRELL ET AL. *v.* BERDECIA. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Puerto Rico denied. *Carlos D. Vazquez* for petitioners. *Hector Lugo-Bougal* for respondent. Reported below: —— P. R. ——.

No. 277. PANHANDLE EASTERN PIPE LINE CO. *v.* FEDERAL POWER COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Harry S. Littman, Joseph J. Daniels, Dale A. Wright, Richard Littell* and *Melvin Richter* for petitioner. *Solicitor General Cox, Ralph S. Spritzer, Richard A. Solomon* and *Howard E. Wahrenbrock* for respondent. *John T. Miller, Jr.* for Independent Natural Gas Assn. of America, as *amicus curiae,* in support of the petition.

No. 49, Misc. CASSIDY *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Robert L. Miles* for petitioner. *Robert A. Derengoski,* Solicitor General of Michigan, for respondent.

No. 61, Misc. NEWSOM *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 64, Misc. TURNER *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.